# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:     Janeel Shakir-Bey   SBI#: 142725

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   November 21, 2005

---

Attached are copies of your inmate account statement for the months of May 1, 2005 to October 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 14.32 |
| June | .47 |
| July | .97 |
| Aug | 4.52 |
| Sept | 0 |
| Oct | 0 |

Average daily balances/6 months: 3.41

Attachments
CC: File

Stacy Shane
11/21/05

Notary Public
11/22/05

# Individual Statement

Date Printed: 11/21/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $35.14 |
|---|---|---|---|---|---|---|
| 00142725 | Shakir | Jameel | | | | |

**Current Location:** 21    **Comments:** Elwood Teagle/APROV ART/QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/11/2005 | ($29.26) | $0.00 | $0.00 | $5.88 | 105919 | | | |
| Canteen | 5/24/2005 | ($3.88) | $0.00 | $0.00 | $2.00 | 110247 | | | |

**Ending Mth Balance:** $2.00

# Individual Statement

Date Printed: 11/21/2005                                                                                          Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.00 |
|---|---|---|---|---|---|---|
| 00142725 | Shakir | Jameel | | | | |

**Current Location:** 21

**Comments:** Elwood Teagle/APROV ART/QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/8/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | 117433 | | | |

**Ending Mth Balance:** $0.00

# Individual Statement

Date Printed: 11/21/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00142725 | Shakir | Jameel | | | | |

**Current Location:** 21

**Comments:** Elwood Teagle/APROV ART/QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/25/2005 | $10.00 | $0.00 | $0.00 | $10.00 | 135512 | | | |
| Canteen | 7/28/2005 | ($10.00) | $0.00 | $0.00 | $0.00 | 136923 | 8232735273 | | J FARRINGHTON |

**Ending Mth Balance:** $0.00

# Individual Statement

Date Printed: 11/21/2005

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00142725 | Shakir | Jameel | | | | |

**Current Location:** 21

**Comments:** Elwood Teagle/APROV ART/QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/2/2005 | $10.00 | $0.00 | $0.00 | $10.00 | 138954 | | | |
| Canteen | 8/16/2005 | ($10.00) | $0.00 | $0.00 | $0.00 | 145166 | | REFUND | |

**Ending Mth Balance:** $0.00

# Individual Statement

Date Printed: 11/21/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00142725 | Shakir | Jameel | | | $0.00 | | |

**Current Location:** 21

**Comments:** Elwood Teagle/APROV ART/QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($1.52) | $0.00 | 153015 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 153019 | | DST/POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 156298 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($1.52) | $0.00 | 161399 | | POSTAGE | |

**Ending Mth Balance:** $0.00

# Individual Statement

Date Printed: 11/21/2005

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| 00142725 | Shakir | Jameel | | | | | | | |
| Current Location: | 21 | | | Comments: | Elwood Teagle/APROV ART/QOL2 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($2.53) | $0.00 | 170544 | | 7/7/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | 170661 | | 8/1/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($2.69) | $0.00 | 171882 | | 9/12/05 | |

Ending Mth Balance: $0.00