(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) Jameel ShuKir-Bey #00142725
(Name of Plaintiff)    (Inmate Number)

Delaware Correctional center
1181 Paddock Road Smyrna, De, 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) LT- Thomas J. Seacord
(2) Evelyn Stevenson
(3) Thomas Zanda
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

RECEIVED DEC 1 - 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05-825
(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? *I contacted Major Holman, LT Seacord and the warden.*

2. What was the result? *(Nothing) None*

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: *Thomas J. Seacord*

Employed as *LT* at *Delaware Correctional Center*

Mailing address with zip code: *1181 Paddock Road Smyrna, De. 19977*

(2) Name of second defendant: *Evelyn Stevenson*

Employed as *Counselor Supervisor* at *Delaware Correctional Center*

Mailing address with zip code: *1181 Paddock Road Smyrna, De. 19977*

(3) Name of third defendant: *Thomas Zanda*

Employed as *Counselor* at *Delaware Correctional Center*

Mailing address with zip code: *1181 Paddock Road Smyrna, De. 19977*

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

**ORIGINAL**

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 7-27-05 I was written up and sent to max without a hearing from the ajustment board, the then shift supervisor- Thomas J. Seacord signed the disciplinary report, I was in max waiting to have a hearing, on 9-20-05 I had a hearing on the write-up that had me sent to max, I

2. was found not guilty of the charges on the write-up, LT- Thomas J. Seacord, now a part of the classification team told me, along with counselor Thomas Zanda told me that I had been classified to medium high where I was before going to max; on 11-9-05 I was transfered

3. to unit 21, not to medium high, 22 or 23, this unit is a part of the max program, locked down for 23 hours a day, from Saturday til Tuesday we're locked down for 71 hours in a cell with another person, the is the doing of LT- Thomas J. Seacord, Evelyn Steveson

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want $25.00 a day from 7-27-05 until I'm returned to my former status, that's for pain and suffering and mental anguish, being's that D-building is also medium high, be sent to D-building right away and not 22 or 23, and not be harrassed as a

3

05-825

RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
By Mail    IFP

2. result of me filing these actions.

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of November, 2005.

AKA
Jameel Shahin-Bay - Elwood Teagle
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Con. IV. Statement of CLAIM
4.
   Thomas Zanda,
Jamie Jackson, Major: Dave Holman, the warden and Commissoner is aware of what went on, I wrote to major Dave Holman and sent a copy to the Warden and Commissioner, but nothing has been done about my situation.

(Names of Defendants)

4. Jamie Jackson

5. Major: Dave Holman

6. Warden: Tom Carroll

7. Commissioner: Stan Taylor

III. DEFENDANTS (in order listed on the caption)

4. Jamie Jackson: Counselor

5. Dave Holman: Major

6. Tom Carroll: Warden

7. Stan Taylor: Commissioner

