12-12-05

Dear Honorable Judge Sleet, (GMS)

I'm writing this letter to request appointment of Counsel, I'm not sure of how to handle legal matters, I know how to file with the courts as for as the 1983 form goes, but after that I'm stuck, but I do not want my case to be thrown out of court because I don't know what to do, therefore I'm hoping that the honorable court will appoint me Counsel to handle my case, Shakir-bey v. Seacord et al Case number: 1:05-CV-825, (GMS) I'm thanking you in advance for your time and consideration.

Respectfully Your's
Jameel Shakir-bey

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M James Shakin-Bey
SBI# 00142735  UNIT 21-C-4-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Gregory M. Sleet
United States District Court
844 N. King Street Lockbox 18
Wilmington, De. 19801-3570