IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMEEL SHAKIR-BEY, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 05-825-GMS
 )
LT. THOMAS SEACORD, EVELYN )
STEVENSON, THOMAS ZANDA, JAMIE )
JACKSON, MAJOR DAVE HOLMAN, )
TOM CARROLL (WARDEN), and )
STAN TAYLOR (COMMISIONER), )
 )
    Defendants. )

FILED
DEC 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Jameel Shakir-Bey, SBI #142725 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $.71 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated December 19, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: __12-21__, 2005.

                                                  *Jameel Shakir-Bey*
                                                Signature of Plaintiff



I/M James Hopkins-Bey
SBI# 00142725   UNIT 21-C-u-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

19801+3570